**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **RENALD BENNETT** | **CASE NO. 2:25-CV-00407** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **DOLLAR GENERAL CORP ET AL** | **MAGISTRATE JUDGE LEBLANC** |

**JUDGMENT**

For the reasons stated above, the court hereby **ORDERS, ADJUDGES,** and **DECREES** that the Motion for Summary Judgment [doc. 33] be **GRANTED** and that plaintiff's claims against defendant be **DISMISSED WITH PREJUDICE**. Because defendant's counterclaim [doc. 25] is still pending, all deadlines set under the last Scheduling Order [doc. 17] remain in place.

**THUS DONE AND SIGNED** in Chambers on the 24th day of September, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**